**Order filed August 21, 2013.**



In The

# Court of Appeals

For The

# First District of Texas

_____

NO. 01-11-00937-CR
_____

**CHESTER MCGEE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 155th District Court**
**Waller County, Texas**
**Trial Court Cause No. 090213116**

# ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of Defendant's Exhibit number 29.

The clerk of the 155th District Court is directed to deliver to the Clerk of this court the original of Defendant's Exhibit 29, on or before **September 2, 2013.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of Defendant's Exhibit 29, to the clerk of the 155th District Court.

PER CURIAM